JOHN LANHAM v. FIRST NATIONAL BANK OF CRETE
ET AL.

FILED JANUARY 9, 1896.   No. 6614.

**Usury:** SET-OFF. *Lanham v. First Nat. Bank of Crete*, 46 Neb., 663, followed.

ERROR from the district court of Lancaster county. Tried below before TUTTLE, J.

*Webster, Rose & Fisherdick* and *Abbott & Abbott*, for plaintiff in error.

*F. I. Foss, contra.*

NORVAL, J.

The facts in this case are in all material respects like those in *Lanham v. First Nat. Bank of Crete*, 46 Neb., 663, and the judgment of the district court herein is affirmed on that authority.

AFFIRMED.